1
2
3
4

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Manisha Daryani Bar no. 272992
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

5
6

Attorneys for *Defendant*
*EDGAR PORTILLO*

7

8
9

United States District Court
for the Northern District of California
San Jose Courthouse

10
11
12
13
14
15

UNITED STATES OF AMERICA,

     *Plaintiff*,

vs.

RAUL JIMENEZ-VERDUZCO, et al

     *Defendant*s.

Case No. 5:21-cr-00439-BLF

NOTICE OF SUBSTITUTION OF ATTORNEY

16

## NOTICE OF SUBSTITUTION OF ATTORNEY

17
18
19
20
21

Edgar Portillo, the defendant in the above-captioned case, desires to substitute retained counsel Manisha Daryani, Attorney at Law, Beles and Beles Law Offices, One Kaiser Plaza, Suite 2300, Oakland, CA 94612, (510)836-0100, as his attorney of record in place of Jerry Y. Fong, Attorney at Law, 885 N. San Antonio Road, Suite D, Los Altos, CA 94022, 650-559-1985, and respectfully requests that this court allow the substitution to take place.

22

The undersigned requests the above substitution.

23
24
25

_____
Edgar Portillo, Defendant

_____1/31/22_____
date

26
27
28

1
Notice of Substitution of Attorney

1   The undersigned accepts the above substitution.

2

3

4   _____         _____1/31/2022_____
    Manisha Daryani, Attorney for Petitioner        date

5   The undersigned consents to the above substitution.

6

7

8   _____         _____2/1/22_____
    Jerry Y. Fong                                   date

9

10

11   It is so ordered:

12

13   _____         February 24, 2022
    Beth Labson Freeman

14   United States District Judge                    date

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
Notice of Substitution of Attorney